IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01467-CMA-CBS

KATRINA ANDREWS,

    Plaintiff,

v.

CENTRAL PARKING SYSTEM, INC.,
RICH LOCHER, and
PAM OSBORN,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Stipulated Motion for Leave to File First Amended Complaint (*doc. #13*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, Plaintiff's First Amended Complaint (*doc no. 13-2*) tendered to the court on January 5, 2009.

    Pursuant to D.C.COLOL.CIVR. 10.1I it is noted that the proper case number for this action is **08-cv-01467-CMA-CBS.** Counsel are directed to edit their records accordingly.

**DATED:**    January 13, 2009