IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01467-CMA-CBS

KATRINA ANDREWS,

    Plaintiff,

v.

CENTRAL PARKING SYSTEM, INC.,
RICH LOCHER, and
PAM OSBORN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion for Stipulated Protective Order (*doc. no. 20)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 20-2)* is accepted by the court.

The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**     February 23, 2009